FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

2013 APR -2 A 8: 52

SO ORDERED

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

Dee Benson

United States District Judge

Date 1 April 2013

ROBERT W. SHAFFER, GERALD R. ROBINSON, WILLIAM BRICE SCHWEITZER, WILLIAM BROWNING SCHWEITZER, JEFF WALLACE, CAROL HAWKINS, DAVIS BELL, CHRISTIAN RADA, JAMES D. FOX, JERRY A. FARMER, STEVE E. FOX, and BRADLEY A. FARMER,

  Plaintiffs,

vs.

INTERBANK FX, a division of Trade Station Forex, Inc., and LUIS H. RIVAS,

  Defendants.

Civil No. 2:13 CV-00005-BCW
Judge Brooke C. Wells

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE

Come Plaintiffs, by and through counsel, the undersigned and pursuant to Fed. R. Civ. P. 41(a)(2) to respectfully request that this Court dismiss this action as to all Defendants with prejudice. Plaintiffs and Defendant Interbank FX will bear their own fees and costs.

Respectfully submitted this 1st day of March, 2013.

          BERNSTEIN, STAIR & MCADAMS LLP

          By:  *s/Hugh B. Ward, Jr.*
            HUGH B. WARD, JR. (BPR #015071)
            4823 Old Kingston Pike, Suite 300
            Knoxville, Tennessee 37919
            (865) 546-8030

DEISS LAW PC

By: *s/Andrew G. Deiss*
ANDREW G. DEISS
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
(801) 433-0226

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2013, I electronically filed the foregoing Plaintiffs' Motion for Voluntary Dismissal of All Defendants with Prejudice with the Clerk of the Court using the CM/ECF system.

Luis H. Rivas
Registration No. 48463-004
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

*s/Hugh B. Ward, Jr.*